Sealed

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-25095-mc-Williams

FILED by DMP D.C.
DEC - 8 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

In Re Request from Venezuela Pursuant to the Treaty
Between the Government of the United States of America
and the Government of the Republic of Venezuela on
Mutual Legal Assistance in Criminal Matters in the
Matter of Juan Jose Rendon

_____/

**UNDER SEAL**

MAGISTRATE JUDGE
SIMONTON

### APPLICATION FOR ORDER PURSUANT TO THE TREATY ON MUTUAL ASSISTANCE IN CRIMINAL MATTERS AND TITLE 18, UNITED STATES CODE, SECTION 3512

The United States of America petitions this Court for an order, pursuant to Article 1 of the Treaty Between the Government of the United States of America and the Government of the Republic of Venezuela on Mutual Legal Assistance in Criminal Matters, U.S.-Venez., Oct. 12, 1997, S. TREATY DOC. NO. 105-38 (1998) (the Treaty), 18 U.S.C. § 3512, and the Court's inherent authority, appointing Assistant United States Attorney Brian N. Dobbins, substitute, or successor subsequently designated by the Office of the United States Attorney as Commissioner, to collect evidence from witnesses and to take such other action as is necessary to execute the attached request from the Republic of Venezuela made pursuant to the Treaty.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

In support of this Application, the United States is submitting the accompanying Memorandum of Law.

The United States respectfully requests that the Court grant this Application. A proposed order is being submitted for the Court's consideration.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: _____
Brian N. Dobbins
Assistant United States Attorney
Court No. A5501182
99 NE 4th Street
Miami, FL 33132
Tel:   (305) 961-9304
Fax:   (305) 536-4676
Email: Brian.Dobbins@usdoj.gov