UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-25095

In Re Request from Venezuela Pursuant to the Treaty
Between the Government of the United States of America
and the Government of the Republic of Venezuela on
Mutual Legal Assistance in Criminal Matters in the
Matter of Juan Jose Rendon

**UNDER SEAL**

_____/

## MOTION TO SEAL

NOW COMES the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests that the Application, Memorandum of Law, and any resulting Order be sealed, and in support thereof states the following:

The Embassy of the Bolivarian Republic of Venezuela, Sixty-Fourth Public Prosecutor with Nationwide Jurisdiction over Defense of Women, has requested that this matter be kept confidential. This case involves an ongoing criminal investigation. Disclosure of this matter could jeopardize the investigation, and therefore, the United States requests that the Application, accompanying Memorandum of Law and the Court's Order Appointing a Commissioner be filed under seal.

The United States requests that it be permitted to disclose the Court's sealed Order Appointing a Commissioner, without seeking an additional unsealing order, to representatives of the Embassy of the Bolivarian Republic of Venezuela, Sixty-Fourth Public Prosecutor with Nationwide Jurisdiction over Defense of Women, law enforcement agencies, and for any purpose necessary to execute, coordinate, and/or effectuate the treaty request, including disclosing the order

to any subpoena recipients to obtain their testimony and/or document production.

          Respectfully submitted,

          WIFREDO A. FERRER
          UNITED STATES ATTORNEY

By: _____
          Brian N. Dobbins
          Assistant United States Attorney
          Court No. A5501182
          99 NE 4th Street
          Miami, FL 33132
          Tel:   (305) 961-9304
          Fax:  (305) 536-4676
          Email: Brian.Dobbins@usdoj.gov