UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-mc-25095

In Re: Request from Venezuela Pursuant to the Treaty
Between the Government of the United States of America
and the Government of the Republic of Venezuela on
Mutual Legal Assistance in Criminal Matters in the
Matter of Juan Jose Rendon.
_____/

## ORDER GRANTING MOTION TO UNSEAL

**THIS MATTER** is before the Court on the government's motion to unseal. (DE 8).

Upon review of the motion and the record, and for good cause shown, it is **ORDERED AND ADJUGED** that this motion is **GRANTED**. The Clerk is directed to **UNSEAL** this case.

**DONE AND ORDERED**, in chambers at Miami, Florida, this 11th day of May, 2017.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc: Brian N. Dobbins, AUSA, USAO
Garrison Carithers, Paralegal Specialist, USAO